**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Phone (559) 224-1800**
**Fax (559) 224-1806**
**E-Mail: serita@seritarioslaw.com**

Attorney for Defendant JERRID VINCENT WILHA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.  1:24-CR-00188-KES |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **PRELIMINARY HEARING; AND** |
| vs. ) | **ORDER** |
| ) | |
| JERRID VINCENT WILHA, ) | |
| ) | Date: September 10, 2024 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Court: Hon. Barbara A. McAuliffe |

This matter is set for preliminary hearing on September 10, 2024. As set forth below, the parties now move, by stipulation, to continue the preliminary hearing to September 18, 2024.

## STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Alex Cardenas, hereby stipulate as follows:

1.     By previous order, this matter was set for preliminary hearing on September 10, 2024.

2.     Through this stipulation, defendant moves to continue the preliminary hearing to September 18, 2024.

**STIPULATION TO CONTINUE PRELIMINARY HEARING**

-1-

3.      Counsel for defendant was just appointed and desires additional time for consultations with the defendant, investigation, review of the evidence, and preparation for the hearing.

4.      The parties agree that a preliminary hearing on September 18, 2024, complies with the prompt requirement set forth in Federal Rule of Criminal Procedure 32.1(b)(1)(A).


**IT IS SO STIPULATED.**


Dated: September 6, 2024              */s/ Serita Rios*
                                     _____
                                     **Serita Rios**
                                     Attorney for Defendant


Dated: September 6, 2024              */s/ Alex Cardenas*
                                     _____
                                     **Alex Cardenas**
                                     Assistant U.S. Attorney

_____

## ORDER

IT IS SO ORDERED that the preliminary hearing is continued from September 10, 2024, to **September 18, 2024, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **September 9, 2024**          /s/ *Barbara A. McAuliffe*
                                     _____
                                     UNITED STATES MAGISTRATE JUDGE


**STIPULATION TO CONTINUE PRELIMINARY HEARING**