**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JERRID VINCENT WILHA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:24-CR-00188-KES |
| Plaintiff, | **MOTION TO TERMINATE CJA** |
| vs. | **APPOINTMENT AND ORDER** |
| JERRID VINCENT WILHA, | |
| Defendant. | |

On August 23, 2024, CJA Panel Counsel, Serita Rios, was appointed to represent Defendant, JERRID WILHA, in his criminal case. Mr. Wilha was sentenced on October 28, 2024; Mr. Wilha was in custody at sentencing. The time for filing a direct appeal was November 11, 2024, no direct appeal was filed. The trial phase of Mr. Wilha's criminal case has, therefore, come to an end. Having completed her representation of Mr. Wilha Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Wilha require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER**

Dated: November 12, 2024

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, JERRID VINCENT WILHA, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Jerrod Vincent Wilha
ID #7113312 / Bk #2426787
P.O. Box 872
Fresno, California 93712

IT IS SO ORDERED.

Dated:   November 26, 2024

_____
UNITED STATES DISTRICT JUDGE

**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER**