UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Kirk E. Sherriff                           RE:   Jerrid Vincent Wilha
United States District Judge                                Docket Number:  1:24-CR-00188-1
Fresno, California                                         <u>Subpoena Request to Attend Court</u>


Your Honor:

As detailed in the 12C Petition for Warrant filed on April 22, 2025, Mr. Wilha was arrested in Mariposa County for violating the rules of a restraining order filed by his ex-wife.

On January 20, 2026, I received a subpoena, from Walter W. Wall – Mariposa County District Attorney, requesting that I testify on February 11, 2026, at 10:00 AM and provide verification of Mr. Wilha's phone numbers during the dates in question of his violation of the restraining order. The request is being made as Mr. Wilha is currently on jury trial for the above arrest and the phone numbers are reportedly relevant to determine his ownership due to being used to harass and/or threaten the victim.

In line with judiciary policy Volume 20: Chapter 8, I am deferring to your decision on whether the Court wishes for me to testify. Preferably, should the subpoena be allowed, I would suggest that it be limited to my testimony as to his contact numbers on the dates in question, and that our records not be distributed to outside parties. Additionally, I will note that under § 830 - "Contents and Timeliness of a Request", the defense has not met the requirement to make this request 15 working days in advance by which the testimony or production of records is to be required. Specifically, noting that "Failure to meet this requirement will provide a sufficient basis for denial of the request.".

Should the Court wish for me to testify to the required information, I will respectfully make haste in preparing what is requested for the February 10, 2026, hearing. Thank you for your consideration in this matter.

1

RE:   Jerrid Vincent Wilha
      Docket Number:   1:24-CR-00188-1
      <u>Subpoena Request to Attend Court</u>

Respectfully submitted,

Reviewed by,

Julian Horta
Sr. United States Probation Officer

Timothy Mechem
Assistant Deputy Chief United States Probation
Officer

Dated:   February 3, 2026
         Fresno, California

---

## ORDER OF THE COURT

THE COURT ORDERS:

☒   Approved          ☐   Disapproved

IT IS SO ORDERED.

Dated:   <u>February 10, 2026</u>

_____
UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   Raymundo A. Cardenas
      Assistant United States Attorney

      Serita Rios, Appointed
      Defense Counsel

2